177 A.3d 125

NASRIEN AWADALLAH, PLAINTIFF–RESPONDENT, v. BAHA AWADALLAH, DEFENDANT–PETITIONER.

C–432 September Term 2017
079090

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002381–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.